



02 NOV 19 PM 3: 49

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SELENA M. SLAUGHTER, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:99CV3 (TH) |
| WEINER'S STORES, INC., | § § | JURY |
| *Defendant.* | § § | |

## FINAL JUDGMENT

Before the Court is the above captioned civil action. Having reviewed the file and the Court's order granting defendant Weiner's *First Amended Motion for Summary Judgment*, the Court enters this final judgment pursuant to FED. R. CIV. P. 58.

IT IS ORDERED that all relief requested by plaintiff is hereby DENIED

SO ORDERED.

SIGNED this the 19 day of November, 2002.

Thad Heartfield
United States District Judge